IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY SYLVESTER TAYLOR | : | CIVIL ACTION NO. 1:CV-11-2090 |
| Petitioner | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| Respondent | : | |

## O R D E R

Before the court in the captioned action is a November 14, 2011 Report and Recommendation by Magistrate Judge Carlson. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The case shall be transferred to the United States District Court for the District of Maryland pursuant to 28 U.S.C. §1404 for further proceedings.

3) The Clerk of Court shall close the file.

s/ Yvette Kane
YVETTE KANE, Chief Judge
United States District Court

Dated: December 2, 2011